UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **TRISCHA VAUGHN,** *also known as Trischa H. Johnson, individually and on behalf of all others similarly situated,* | § § § § | |
| *Plaintiffs,* | § | EP-18-CV-00124-DCG |
| v. | § § | |
| **ASSET RECOVERY SOLUTIONS, LLC, and JOHN DOES 1-25,** | § § § | |
| *Defendants.* | § § | |

## ORDER DISMISSING CASE

On July 30, 2018, Plaintiff Trischa Vaughn ("Vaughn") and Defendant Asset Recovery Solutions, LLC ("ARS") filed a "Joint Stipulation for Dismissal" (ECF No. 14) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therein, they stipulate to the dismissal of the above-styled case with prejudice. Previously, on July 25, Vaughn notified the Court that "upon dismissal of this action, Plaintiff intends to dismiss all claims against John Does 1-25 without prejudice." ECF No. 13. Presently, the case is set for a Docket Call on August 1, 2018.

Accordingly, **IT IS ORDERED** that all claims asserted by Vaughn against ARS in the above-captioned case are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all claims asserted by Vaughn against Defendants John Does 1-25 in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS MOREOVER ORDERED** that the August 1, 2018 Docket Call is **CANCELLED**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

So **ORDERED** and **SIGNED** this 31st day of July 2018.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**